[No. 15857–1–I.   Division One.   December 15, 1986.]

KELLY M. KOWAL, *Appellant,* v. GRANGE INSURANCE ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–01130–1, Nancy A. Holman, J., entered

January 3, 1985. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Williams, JJ.